

# Fourth Court of Appeals
## San Antonio, Texas

December 29, 2016

No. 04-16-00737-CV

**IN THE INTEREST OF J.D.A.O., D.E.O., A.R.O., AND E.R.T., CHILDREN**,

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-PA-00648
Honorable Martha Tanner, Judge Presiding

## O R D E R

Appellant's first motion for extension of time to file her brief is GRANTED. Appellant's brief is due on January 17, 2017.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of December, 2016.

_____
Keith E. Hottle
Clerk of Court